PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Jimmy Lee Baxley    Cr.: 08-CR-870(D/NJ)
    PACTS Number: 27943

Name of Sentencing Judicial Officer: Honorable Charles R. Simpson III, U.S.D.J(WD/KY); re-assigned via transfer of jurisdiction on 11/24/08 to the Honorable Stanley R Chesler, U.S.D.J

Date of Original Sentence: 06/17/02

Original Offense: Possession with Intent to Distribute Heroin

Original Sentence: 92 months custody; 3 years supervised release; Special Condition: drug aftercare.

Type of Supervision: Supervised Release    Date Supervision Commenced: 08/19/07

### PETITIONING THE COURT

[ ]  To extend the term of supervision for ____ Years, for a total term of ____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

### CAUSE

The offender has tested negative for illicit drugs. His score on the Texas Christian University Drug Screen II (a standardized test used by the U.S. Probation Department to assess substance abuse treatment needs) was zero. A score of zero indicates a minimal risk for substance abuse. Therefore it is respectfully requested that the drug testing condition be removed.

Respectfully submitted,

By: Kevin J Mullens
    Senior U.S. Probation Officer
Date: 01/27/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/9/09
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

January 27, 2009

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable Stanley R. Chesler
United States District Judge
Frank R. Lautenberg U.S. Post Office and Courthouse
Room 417
P.O. Box 999
Newark, New Jersey 07101-0999

RE: BAXLEY, Jimmy Lee
Dkt. No.: 08-CR-870

**REQUEST TO MODIFY THE CONDITIONS OF SUPERVISION**

Dear Judge Chesler:

On June 17, 2002, the offender appeared before The Honorable Charles R. Simpson III, in the Western District of Kentucky, for sentencing upon being convicted of a possession with intent to distribute heroin offense. On said date, Baxley was sentenced to ninety-two (92) months custody, and three (3) years of supervised release. The offender was also ordered to pay a $100 special assessment, which has been satisfied, and to comply with the special condition of drug aftercare.

Baxley was released from custody on August 19, 2007, and has been supervised by our office to date. On November 24, 2008, Your Honor accepted jurisdiction of the offender's case.

Since his release to the community, Baxley has maintained a stable residence, remained gainfully employed, and appears to be leading a law-abiding lifestyle.

Baxley has abstained from drug use, as evidenced by negative random urine specimens collected to date. His score on the Texas Christian University Drug Screen II (a standardized test used by the U.S. Probation Department to assess substance abuse treatment needs) was zero. A score of zero indicates a minimal risk for substance abuse. Therefore it is respectfully requested that the drug testing condition be removed.

Should Your Honor require additional information or wish to discuss the matter further the undersigned officer is available at (973) 357-4081 at your convenience.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Kevin J. Mullens
Senior U.S. Probation Officer

/kjm